**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**ELI "TOM' ORR**                                                                    **MOVANT**

**v.**                                                                          **No. 1:03CR35-M**

**UNITED STATES OF AMERICA**                                          **RESPONDENT**

### ORDER DISMISSING ORR'S MOTION [109] TO
### EXPAND THE RECORD

This matter comes before the court on the motion by Eli "Tom" Orr for the court to order

the release of the transcripts of the Grand Jury proceedings in this proceeding under 28 U.S.C. §

2255.  As Orr has appealed the court's denial of § 2255 relief, and the Fifth Circuit has affirmed

the court's ruling, the instant motion is hereby **DISMISSED** as moot.  In addition, the court

holds that Orr has not given any justification for the court to take the extraordinary step of

ordering the release of the Grand Jury transcript, and the motion is also **DENIED** on the merits.

**SO ORDERED,** this the 23rd day of July, 2009.


                                                      **/s/ MICHAEL P. MILLS**
                                                      **CHIEF JUDGE**
                                                      **UNITED STATES DISTRICT COURT**
                                                      **NORTHERN DISTRICT OF MISSISSIPPI**